UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LEONARD, IN HIS CAPACITY AS TRUSTEE OF THE POPLAWSKI 2008 INSURANCE TRUST; PHYLLIS POPLAWSKI; and PBR PARTNERS, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)<br><br>Defendants. | Civil Action No. 18-cv-04994-AKH |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/19

### [PROPOSED] ORDER APPOINTING SUSMAN GODFREY L.L.P. INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)

On this 22 day of Ja___, 2018, the Court considered Plaintiffs Jeffrey Leonard, Phyllis Poplawski, and PBR Partners' Motion to Appoint Susman Godfrey L.L.P. Interim Class Counsel Pursuant to Fed. R. Civ. P. 23(g) in the above captioned action. *See* (Dkt. 30). Having considered the Motion,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court designates the law firm Susman Godfrey L.L.P. as Interim Class Counsel in this action.

2. Interim Class Counsel shall be generally responsible for coordinating activities during pretrial proceedings and shall:

   a. Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by designee) to the Court and opposing parties the

6141918v1/015995

position of Plaintiffs and proposed class on all matters arising during pretrial proceedings;

b. Coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the proposed class consistent with the requirements of Federal Rule of Civil Procedure 26, including the preparation of documents and the examination of witnesses in depositions;

c. Conduct settlement negotiations on behalf of Plaintiffs and the proposed class;

d. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation; and

e. Perform such other duties as may be incidental to proper coordination of pretrial activities or authorized by future order of the Court.

3. This Order shall apply to each related action pending or subsequently filed in or transferred to the United States District Court for the Southern District of New York.

Dated: 1-22-19

SO ORDERED

ALVIN K. HELLERSTEIN
United States District Judge

6141918v1/015995