UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LEONARD, IN HIS CAPACITY AS TRUSTEE OF THE POPLAWSKI 2008 INSURANCE TRUST; PHYLLIS POPLAWSKI; and PBR PARTNERS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>Defendants. | Civil Action No. 18-cv-04994-AKH |

*Handwritten annotation:* Motion denied. There is insufficient justification for sealing. The parties' agreements as to confidentiality are not dispositive. 11-15-19 /s/ AKH

## [PROPOSED] ORDER SEALING PORTIONS OF THE DISCOVERY DISPUTE LETTER DATED NOVEMBER 8, 2019

This Order addresses the sealed discovery dispute letter dated November 8, 2019, which was filed in redacted form. The proposed sealed filing contains references to information that one or more persons have designated Confidential pursuant the Stipulated Confidentiality Agreement and Protective Order issued by the Court on November 13, 2018. [ECF No. 39].

Plaintiffs' request to file portions of the November 8, 2019 discovery letter under seal is **GRANTED**.

IT IS SO ORDERED.

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19