UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020

JEFFREY LEONARD, IN HIS CAPACITY AS )
TRUSTEE OF THE POPLAWSKI 2008 )
INSURANCE TRUST; PHYLLIS POPLAWSKI; )
and PBR PARTNERS, on behalf of themselves )
and all others similarly situated, )
)
Plaintiffs, )
)
vs. )
)
JOHN HANCOCK LIFE INSURANCE )
COMPANY OF NEW YORK and JOHN )
HANCOCK LIFE INSURANCE COMPANY )
(U.S.A.), )
)
Defendants. )

Civil Action No. 18-cv-04994-AKH

RECEIVED
JAN 09 2020
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

## MOTION TO FILE UNDER SEAL PORTIONS OF THE DISCOVERY DISPUTE LETTER DATED JANUARY 7, 2020

Plaintiffs Jeffrey Leonard, Phyllis Poplawski and PBR Partners respectfully request that the Court authorize the sealed filing of a portion of the letter dated January 7, 2020, including Exhibits 1-3, 5-22, and A-B, concerning a discovery dispute. Plaintiffs make this request solely on Defendants' behalf.

Defendants and third parties have designated the proposed sealed portions of the letter and Exhibits as "Confidential," and contend that these portions must be filed under seal pursuant to ¶¶10–11 of the Stipulated Confidentiality Agreement and Protective Order (the "Protective Order"), entered by this Court on November 13, 2018. (Docket No. 39.) As per ¶ 12 of the Protective Order, Defendants and the third parties may move to maintain the continued sealing of the sealed material within twenty-one days of this filing. By making this filing, Plaintiffs do not agree that any of the sealed material should be maintained under seal, and Plaintiffs reserve the

*[Handwritten annotation:] Denied. A stip'n to seal does not justify an exception to the adversary rule of public filing. 1/10/2020 /s/ A.K. Hellerstein*

right to oppose any motion Defendants or any third party ultimately files seeking the continued sealing of the sealed material.

Dated: January 7, 2020

/s/ Seth Ard
Steven Sklaver (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
ssklaver@susmangodfrey.com

Seth Ard
Ryan Kirkpatrick
Zachary B. Savage
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
Fax: (212) 336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com
zsavage@susmangodfrey.com

Andres Healy (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
ahealy@susmangodfrey.com
Tel.: (206) 505-3843

Mahogane D. Reed (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
mreed@susmangodfrey.com

*Attorneys for Plaintiffs*