UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LEONARD, IN HIS CAPACITY AS TRUSTEE OF THE POPLAWSKI 2008 INSURANCE TRUST; PHYLLIS POPLAWSKI; PBR PARTNERS; BRIGHTON TRUSTEES, LLC, on behalf of and as trustee for COOK STREET MASTER TRUST III; BANK OF UTAH, solely as securities intermediary for COOK STREET MASTER TRUST III; PEAK TRUST COMPANY, AK, on behalf of and as trustee for SUSAN L. CICIORA TRUST and STEWART WEST INDIES TRUST; and ADVANCE TRUST & LIFE ESCROW SERVICES, LTA, as securities intermediary for LIFE PARTNERS POSITION HOLDER TRUST, on behalf of themselves and all others similarly situated<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)<br><br>　　　　　　　　　　Defendants. | Civil Action No. 18-cv-04994-AKH<br><br>So ordered,<br>/s/ Alvin K. Hellerstein<br>Alvin K. Hellerstein<br>3/26/21 |

## MOTION TO FILE UNDER SEAL PORTIONS OF THE SECOND AMENDED COMPLAINT

Plaintiffs file this motion, which concerns redactions contained in Plaintiffs' Second Amended Complaint, pursuant to Rule 4(B)(i) of the Court's Individual Rules. The redactions contained in Plaintiffs' Second Amended Complaint are the same as the redactions contained in Plaintiffs' First Amended Complaint, which the Court previously ordered be maintained under seal. *See* Docket No. 125. Accordingly, Plaintiffs respectfully request that the Court allow the redacted information in Plaintiffs' Second Amended Complaint be filed under seal.

Dated: March 25, 2021

    /s/Seth Ard
Seth Ard
Ryan Kirkpatrick
Zachary B. Savage
Ari Ruben
Amy Gregory
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.:    212-336-8330
Fax:    212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com
zsavage@susmangodfrey.com
aruben@susmangodfrey.com
agregory@susmangodfrey.com

Steven Sklaver
Glenn Bridgman
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel:    310-789-3100
Fax:    310-789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com

Andres Healy
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
ahealy@susmangodfrey.com
Tel.:    (206) 516-3880
Fax:    (206) 516-3883
ahealy@susmangodfrey.com

*Attorneys for Plaintiffs*