The motion to seal, ECF No. 147 is denied as moot, see ECF No. 160. The Clerk is instructed to terminate the open motion, ECF No 147.
So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
9/3/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY LEONARD, IN HIS CAPACITY AS TRUSTEE OF THE POPLAWSKI 2008 INSURANCE TRUST; PHYLLIS POPLAWSKI; PBR PARTNERS; BRIGHTON TRUSTEES, LLC, on behalf of and as trustee for COOK STREET MASTER TRUST III; BANK OF UTAH, solely as securities intermediary for COOK STREET MASTER TRUST III; TRINITY 2015 LS FUND, LLC; PEAK TRUST COMPANY, AK, on behalf of and as trustee for SUSAN L. CICIORA TRUST and STEWART WEST INDIES TRUST, and ADVANCE TRUST & LIFE ESCROW SERVICES, LTA, as securities intermediary for LIFE PARTNERS POSITION HOLDER TRUST, on behalf of themselves and all others similarly situated<br><br>    Plaintiffs,<br><br>    vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)<br><br>    Defendants. | Civil Action No. 18-cv-04994-AKH |

**MOTION TO FILE UNDER SEAL**
**PORTIONS OF THE DISCOVERY DISPUTE LETTER DATED DECEMBER 23, 2020**

Plaintiffs respectfully request that the Court authorize the sealed filing of a portion of the letter dated December 23, 2020 concerning a discovery dispute. The proposed sealed portions of the letter, including Exhibits A and B thereto, discuss or constitute information that has been designated "Confidential" by Defendants and must therefore be filed under seal pursuant to ¶¶ 10-11 of the Stipulated Confidentiality Agreement and Protective Order, entered by this Court

on November 13, 2018 (the "Protective Order"). (*See* ECF No. 39.) Accordingly, Plaintiffs respectfully request that the Court allow the information to be filed under seal.

By making this filing, Plaintiffs do not agree that any of the sealed material should be maintained under seal, and Plaintiffs reserve the right to oppose any motion ultimately filed seeking the continued sealing of the sealed material. As per paragraph 12 of the Protective Order, Defendants or third parties may move to maintain the continued sealing of the sealed material within twenty-one days of this filing.

Dated: December 23, 2020

*/s/ Seth Ard*
Steven Sklaver (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
ssklaver@susmangodfrey.com

Seth Ard
Ryan Kirkpatrick
Zachary B. Savage
Ari Ruben
Amy Gregory
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
Fax: (212) 336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com
zsavage@susmangodfrey.com
aruben@susmangodfrey.com
agregory@susmangodfrey.com

Andres Healy (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
ahealy@susmangodfrey.com
Tel.: (206) 505-3843

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2020 I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated: December 23, 2020

                                            */s/ Seth Ard*
                                            Seth Ard