UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                              :

JEFFREY LEONARD, in his capacity as Trustee   :
of the Poplawski 2008 Insurance Trust,              :      **ORDER REGULATING**
PBR PARTNERS, on behalf of themselves and all :     **PROCEEDINGS**
others similarly situated, TRINITY 2015 LS FUND :
LLC, PEAK TRUST COMPANY, AK, on behalf   :      18 Civ. 4994 (AKH)
of and as trustee for Susan L. Ciciora Trust and   :
Stewart West Indies Trust, BRIGHTON             :
TRUSTEES, LLC, on behalf of and as trustee for :
Cook Street Master Trust III, and BANK OF      :
UTAH, solely as securities intermediary for Cook :
Street Master Trust III,                                   :
                                                                   :
                          Plaintiffs,                  :
     -against-                                           :
                                                                   :
JOHN HANCOCK LIFE INSURANCE              :
COMPANY OF NEW YORK, and JOHN           :
HANCOCK LIFE INSURANCE COMPANY       :
(USA),                                                           :
                                                                   :
                            Defendants.            :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The status conference scheduled for December 3, 2021 is hereby adjourned to January 5, 2022, at 2:30 p.m. The conference will be on the record, and all parties shall appear in person, in Courtroom 14D.

        Counsel in all related cases (the class and derivative lawsuits) may attend this and all future conferences as of right.

        SO ORDERED.

Dated:     December 1, 2021                       /s/ Alvin K. Hellerstein
             New York, New York                  ALVIN K. HELLERSTEIN
                                                     United States District Judge

1