UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LEONARD, IN HIS CAPACITY AS TRUSTEE OF THE POPLAWSKI 2008 INSURANCE TRUST; PHYLLIS POPLAWSKI; PBR PARTNERS, BRIGHTON TRUSTEES, LLC, on behalf of and as trustee for COOK STREET MASTER TRUST III; BANK OF UTAH, solely as security intermediary for COOK STREET MASTER TRUST III; PEAK TRUST COMPANY, AK, on behalf of and as trustee for SUSAN L. CICIORA TRUST and STEWART WEST INDIES TRUST; and ADVANCE TRUST & LIFE ESCROW SERVICES, LTA, as securities intermediary for LIFE PARTNERS POSITION HOLDER TRUST, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br>    vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>                              Defendants. | Civil Action No. 18-cv-04994-AKH |

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF THE SETTLEMENT CLASS

**PLEASE TAKE NOTICE** that Plaintiffs, as individuals and on behalf of the class of policy owners proposed to be certified for purposes of settlement, move this Court before the Honorable Alvin K. Hellerstein for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i) granting final approval of the Settlement and distribution plan; and (ii) certifying the Settlement Class, based on the accompanying Memorandum of Law in Support of Plaintiffs'

Motion for Final Approval of Class Action Settlement and Class Certification and the accompanying declarations and exhibits attached thereto.

Dated: April 11, 2022

                                             /s/ Seth Ard
Seth Ard (SA-1817)
Ryan Kirkpatrick
Zachary B. Savage
Ari Ruben
Amy Gregory
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
Fax: (212) 336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com
zsavage@susmangodfrey.com
aruben@susmangodfrey.com
agregory@susmangodfrey.com

Steven Sklaver
Glenn Bridgman
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com

Andres Healy
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3834
Fax: (206) 516-3883
ahealy@susmangodfrey.com

*Class Counsel*