UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JEFFREY LEONARD, IN HIS CAPACITY AS TRUSTEE OF THE POPLAWSKI 2008 INSURANCE TRUST; PHYLLIS POPLAWSKI; PBR PARTNERS, BRIGHTON TRUSTEES, LLC, on behalf of and as trustee for COOK STREET MASTER TRUST III; BANK OF UTAH, solely as security intermediary for COOK STREET MASTER TRUST III; PEAK TRUST COMPANY, AK, on behalf of and as trustee for SUSAN L. CICIORA TRUST and STEWART WEST INDIES TRUST; and ADVANCE TRUST & LIFE ESCROW SERVICES, LTA, as securities intermediary for LIFE PARTNERS POSITION HOLDER TRUST, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>      Defendants. | Civil Action No. 18-cv-04994-AKH |

**ORDER APPROVING PAYMENT OF ADDITIONAL SETTLEMENT ADMINISTRATION EXPENSES**

WHEREAS, the Court previously appointed Gina M. Intrepido-Bowden of JND Legal Administration as the Settlement Administrator in this action, Dkt. 203 ¶ 9;

WHEREAS, under the terms of the Settlement Agreement, Settlement Administration Expenses are payable to the Settlement Administrator out of the Final Settlement Fund, Dkt. 201-4 at 6;

1

WHEREAS, the Court previously authorized the payment of $26,087.06 in Settlement Administration Expenses that the Settlement Administrator incurred through February 28, 2022,

WHEREAS, the Settlement Administrator incurred $43,144.83 in Settlement Administration Expenses from March 1, 2022 through August 31, 2022,

WHEREAS, the Settlement Administrator incurred $21,430.73 in Settlement Administration Expenses from September 1, 2022 through December 31, 2022,

WHEREAS, the Settlement Administrator incurred $18,888.73 in Settlement Administration Expenses from January 1, 2023 through April 30, 2023,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. The total Settlement Administration Expenses from March 1, 2022 through April 30, 2023 are $83,464.29.  Those $83,464.29 in Settlement Administration Expenses may be paid out of the Final Settlement Fund. Any additional Settlement Administration Expenses may be paid out of the Final Settlement Fund as they become due and as allowed by the Court.

ENTERED this  8th  day of June of 2023.

                                                    /s/ Alvin Hellerstein
                                                    Alvin K. Hellerstein
                                                    UNITED STATES DISTRICT JUDGE