UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
JEFFREY LEONARD, *et al.*, :
                                        Plaintiffs, : **ORDER**

   -against- : 18 Civ. 4994 (AKH)

JOHN HANCOCK LIFE INS. CO. OF NEW :
YORK, *et al.*, :

                                    Defendants. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

     The Settlement Administrator shall conduct a third distribution of settlement funds to eligible class members.

     If any monies are left over, a suitable charity that provides food to the poor shall be appointed as the *cy pres* recipient of any unclaimed settlement funds.

     The parties shall fashion a revised order in compliance with the above, and shall file it on ECF for my signature.

     The Clerk of Court shall terminate ECF No. 242.

     SO ORDERED.

Dated:    April __, 2025
             New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge