UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LEONARD, IN HIS CAPACITY AS TRUSTEE OF THE POPLAWSKI 2008 INSURANCE TRUST; PHYLLIS POPLAWSKI; PBR PARTNERS, BRIGHTON TRUSTEES, LLC, on behalf of and as trustee for COOK STREET MASTER TRUST III; BANK OF UTAH, solely as security intermediary for COOK STREET MASTER TRUST III; PEAK TRUST COMPANY, AK, on behalf of and as trustee for SUSAN L. CICIORA TRUST and STEWART WEST INDIES TRUST; and ADVANCE TRUST & LIFE ESCROW SERVICES, LTA, as securities intermediary for LIFE PARTNERS POSITION HOLDER TRUST, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br> vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>     Defendants. | Civil Action No. 18-cv-04994-AKH |

### ORDER CONCERNING PAYMENT OF SETTLEMENT ADMINISTRATION EXPENSES, A THIRD DISTRIBUTION TO ELIGIBLE SETTLEMENT CLASS MEMBERS, AND *CY PRES* DISTRIBUTION OF ANY REMAINING UNCLAIMED FUNDS

WHEREAS on April 11, 2025, Plaintiffs moved for Approval of Payment Of Settlement Administration Expenses, a Third Distribution To Eligible Settlement Class Members, and *Cy Pres* Distribution Of Any Remaining Unclaimed Funds (Dkt. 242) (the "Motion for Approval");

WHEREAS on April 28, 2025, the Court terminated the Motion for Approval, approved a third distribution of settlement funds to eligible class members, and ordered that if any monies

1

are left over after the third distribution, a suitable charity that provides food to the poor shall be appointed as the *cy pres* recipient of the unclaimed funds (Dkt. 247),

IT IS HEREBY ORDERED, as follows:

1. The total Settlement Administration Expenses from May 1, 2023 through January 31, 2025 are $62,062.59, which may now be paid to the Settlement Administrator from the balance remaining.

2. Thereafter, the Settlement Administrator shall conduct a third *pro rata* distribution of the balance of the remaining settlement funds to eligible class members who previously cashed the checks they received, consistent with the procedure used for the second *pro rata* distribution.

3. After the completion of the third distribution, Plaintiffs will submit a report to the Court that states the amount of funds left over. If any funds are left over, Plaintiffs will also propose, for the Court's approval, a charity that provides food to the poor as the *cy pres* recipient of the unclaimed funds.

IT IS SO ORDERED.

Dated: 4-29-25

Alvin K. Hellerstein
UNITED STATES DISTRICT JUDGE